**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SALVADOR LARA, | ) | No. EDCV 04-820-DOC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JIM HAMLET (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   May 26, 2010

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge